IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY and SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTERN BUILDING CENTER, INC., and JEREMIAH HARTLE and KAREN HARTLE, husband and wife individually and on behalf of their minor children,<br><br>Defendants. | CV 19–193–M–DWM<br><br>ORDER |

Plaintiffs having filed a notice voluntary dismissal pursuant to Rule 41(a) and no responsive pleadings having been filed,

IT IS ORDERED that the above-captioned cause is DISMISSED WITHOUT PREJUDICE, without costs to any party. All pending motions are MOOT and all deadlines are VACATED.

DATED this 10th day of February, 2020.

Donald W. Molloy, District Judge
United States District Court